CORA ADAMS, ADMINISTRATRIX (ESTATE OF CALVIN WINBUSH) *v.* THOMAS TURNER ET AL.
(15896)

Foti, Heiman and Schaller, Js.

Submitted on briefs December 18, 1996—officially released January 14, 1997

Per Curiam. The judgment is affirmed.

MARY ST. PETER *v.* HARTFORD HOSPITAL, INC.
(15202)

Foti, Heiman and Schaller, Js.

Submitted on briefs December 18, 1996—officially released January 14, 1997

Per Curiam. The judgment is affirmed.

PHILIP M. FRENCH *v.* ACTION TOWING AND AUTO REPAIRS, INC.
(15207)

Foti, Heiman and Schaller, Js.

Submitted on briefs December 18, 1996—officially released January 14, 1997

Per Curiam. The judgment is affirmed.